MARCENA M. DICKINSON, Respondent, *v.* CHARLES S. COLLYER, Appellant.

(Submitted January 28, 1876 ; decided February 8, 1876.)

*Samuel J. Crooks* for the appellant.

*C. P. Hoffman* for the respondent.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.

---

LUCAS THOMPSON, Respondent, *v.* ALEXANDER LUMLEY et al., Appellants.

(Argued January 31, 1876 ; decided February 8, 1876.)

*C. Bainbridge Smith* for the appellant.

*A. J. Requier* for the respondent.

Agree to affirm order and judgment absolute against defendant on stipulation.   No opinion.
All concur.
Order affirmed and judgment accordingly.